UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT P. JOHNSON,<br><br>　　　　　　　Plaintiff,<br>v.<br>SHAC LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-01899-JAD-PAL<br><br>ORDER |

This matter is before the court on Defendant SHAC LLC's ("SHAC") failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed August 10, 2016. SHAC filed an Answer (ECF No. 6) September 7, 2016. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, SHAC has failed to comply. Accordingly,

**IT IS ORDERED** that SHAC shall file its certificate of interested parties, which fully complies with LR 7.1-1 **no later than October 14, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 30th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE